

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROGUE INDUSTRIES, L.L.C., | § | |
| Appellant, | § | No. 08-21-00109-CV |
| v. | § | Appeal from the |
| SUMMIT INDUSTRIAL CONSTRUCTION, LLC, VEE BAR LTD., EXXONMOBIL PIPELINE CO., AND PLAINS ALL AMERICAN PIPELINE, L.P., | § | 109th District Court |
| | § | of Winkler County, Texas |
| | § | (TC# DC20-17913) |
| Appellees. | § | |

## <u>MEMORANDUM OPINION</u>

Rogue Industries, L.L.C., is attempting to appeal an order granting Summit Industrial Construction, L.L.C.'s motion to compel arbitration. We dismiss for want of jurisdiction.

Appellate courts have jurisdiction over final judgments and those specific interlocutory orders deemed reviewable by statute. *See* TEX.CIV.PRAC.& REM.CODE ANN. § 51.014. While orders denying a motion to compel arbitration are subject to interlocutory appeal, orders granting a motion to compel arbitration are not. *See Hudnall v. Smith & Ramirez Restoration, L.L.C.*, No. 08-19-00217-CV, 2019 WL 4668508, at *1 (Tex.App.—El Paso Sept. 25, 2019, no pet.)(mem. op.); *Mohamed v. Auto Nation USA Corp.*, 89 S.W.3d 830, 833 (Tex.App.—Houston [1st Dist.] 2002, no pet.). Consequently, the Court lacks jurisdiction to entertain an interlocutory appeal

from the order compelling arbitration.[1]

This attempted appeal is dismissed.

July 30, 2021

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

[1] On June 18, 2021, the clerk of the Court sent a ten-day letter asking Appellant to show grounds for continuing the appeal. As of this date, we have received no response.